NEM
F. #2015R00888

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JIAN GUO CHENG,
   also known as "Yi Zuo,"

                Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Criminal Docket No. _____

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JIAN GUO CHENG's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
            May 18, 2016

                              ROBERT L. CAPERS
                              United States Attorney
                              Eastern District of New York
                              Attorney for Plaintiff
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

                By:    _____
                              Ameet Kabrawala
                              Assistant United States Attorney
                              (718) 254-6001

Cc:    Clerk of the Court
        Joyce London, Esq.