UNITED STATED DISTRICT COURT EASTERN DISTRICT OF NEW YORK **BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 12/1/16                     TIME: 3:04-3:27

CRIMINAL CAUSE FOR: Bail Revocation Hearing

DOCKET #: CR16-00272

DEFENDANT: John Doe                     ATTORNEY: Joyce London, Esq.

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

DEFENDANT:                              ATTORNEY:

ASSISTANT U.S. ATTORNEY: N. Moore & M. Cruz-Melendez

INTERPRETER: Daniel Yang (Fuzhou)       COURT REPORTER: Michele Nardone

PROBATION OFFICER:

PRETRIAL OFFICERS: Michael Ilaria       DEPUTY: V. Holley

O/A held.

Findings by the Court as follows: (1) dft engaged in additional criminal conduct; (2) prior background of extortion; risk of flight;

Dft Ordered remanded pending sentence. *Order of Detention pending Sentence issued.*

Upon application of the parties, Court recommends that dft be housed at the MCC, NOT at the MDC.