**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
59 MAIDEN LANE, 6TH FLOOR
NEW YORK, NY 10038

Tel: 212 964-3700                                                                                           Fax: 212 566-7501
Email: jlondonlaw@aol.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ JUN 6 – 2017
BROOKLYN OFFICE

June 6, 2017

**By Hand Delivery to Clerk and By Email**
Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                                                        Re:     United States v. Jian Guo Cheng,
                                                                                         16 Cr 272 (CBA)

Dear Judge Amon:

      This letter is to request a further adjournment of at least a month of the sentencing of defendant Jian Guo Cheng's sentencing. He is presently scheduled to be sentenced on June 20. 2017.

      The reason for this application is that I am still working with the government to resolve certain factual objections. Additionally, after discussions with the government, issues may arise at the sentencing of a co-conspirator in a related case which could inure to the benefit of Mr. Cheng. Thus, an adjournment of at least one month or to date at least three weeks after the sentencing of defendant Quian Zheng in the matter of United States v. Zheng, et al., 15 Cr 628 is requested.

      I have discussed this application with Assistant United States Attorney Nadia Moore and the government has no objection to the application.

      Accordingly, it is respectfully requested that the sentencing of defendant Jian Guo Cheng be adjourned for at least one month or to a date and time convenient to the Court which is at least three weeks after the sentencing of defendant Quian Zheng.

                                                                                             Very truly yours,
                                                                                                              /s/
                                                                                              Joyce C. London

cc.:     AUSA Nadia Moore (By Email)