# JOYCE C. LONDON, P.C.
ATTORNEY AT LAW
59 MAIDEN LANE, 6TH FLOOR
NEW YORK, NY 10038

Tel: 212 964-3700　　　　　　　　　　　　　　　　　　　　　　Fax: 212 566-7501
Email: jlondonlaw@aol.com

June 6, 2017

**By Hand Delivery to Clerk and By Email**
Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*\* Application granted. New date July 20, 2017 at 10:00.*
*So Ordered*
*S/CBA*
*6/6/17*

Re:　United States v. Jian Guo Cheng,
　　　16 Cr 272 (CBA)

Dear Judge Amon:

　　　This letter is to request a further adjournment of at least a month of the sentencing of defendant Jian Guo Cheng's sentencing. He is presently scheduled to be sentenced on June 20, 2017.

　　　The reason for this application is that I am still working with the government to resolve certain factual objections. Additionally, after discussions with the government, issues may arise at the sentencing of a co-conspirator in a related case which could inure to the benefit of Mr. Cheng. Thus, an adjournment of at least one month or to date at least three weeks after the sentencing of defendant Quian Zheng in the matter of <u>United States v. Zheng, et al.</u>, 15 Cr 628 is requested.

　　　I have discussed this application with Assistant United States Attorney Nadia Moore and the government has no objection to the application.

　　　Accordingly, it is respectfully requested that the sentencing of defendant Jian Guo Cheng be adjourned for at least one month or to a date and time convenient to the Court which is at least three weeks after the sentencing of defendant Quian Zheng.

　　　　　　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Joyce C. London

cc.:　AUSA Nadia Moore (By Email)

*\* Defendant's sentencing letter 6/22/17; Government's response 6/29/17.*

TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

* * * * * * * * * * * * * * * * * * * * * * * *

USA

-v.-   CR16-272
        Docket Number

Cheng

* * * * * * * * * * * * * * * * * * * * * * * *

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Joyce London, Esq.
Firm Name: ___
Address: ___

Phone Number: ___
E-Mail Address: ___

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ✓ NO ___
If yes, state description of document to be entered on docket sheet:
Endorsed Order on 6/6/17 itr

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

ORDERED SEALED AND PLACED IN THE CLERK'S OFFIC
AND MAY NOT BE UNSEALED UNLESS ORDERED BY
THE COURT.

DATED: 6/9/17, NEW YORK

Carol Bagley Amon
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

RECEIVED IN CLERK'S OFFICE ___
                                DATE

MANDATORY CERTIFICATION OF SERVICE:
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or the following other statute or regulation: ___; or C.) ___ This is a criminal document submitted, and flight public safety, or security aresignificant concerns (Check one)

_____    _____
    DATE              SIGNATURE