UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 7/20/2017                              TIME: 10:00 - 11:00

CRIMINAL CAUSE FOR STATUS CONFERENCE

DOCKET #: CR16-272

DEFENDANT: Jian Guo Cheng            ATTORNEY: Joyce C. London (retained)

DEFENDANT:                            ATTORNEY:

DEFENDANT:                            ATTORNEY:

DEFENDANT:                            ATTORNEY:

ASSISTANT U.S. ATTORNEY: Nadia Moore, Maria Cruz Melendez

COURT REPORTER: Michele Lucchese

INTERPRETER: Mary Wang (Fuzhou Interpreter, sworn)

PROBATION OFFICER: Shayna Bryant

PRETRIAL OFFICERS:                    DEPUTY: Lewis Hugh

Government is to provide medical records. A hearing on restitution and defendant's aggravating factors is set for August 11, 2017 at 11:00 a.m. (Please note the new time is one hour later from time previously discussed due to Court's calendar conflict.)