UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 8/11/2017                             TIME: 11:25-1:15

CRIMINAL CAUSE FOR: Hearing (restitution amount & assault arrest)

DOCKET #: CR16-00272

DEFENDANT: John Doe- c

ATTORNEY: Joyce London, Esq.

ASSISTANT U.S. ATTORNEY: Nadia Moore

COURT REPORTER: Linda Danelczyk        INTERPRETER:  Lily Lau for Govt   (Fuzhou)
                                                     Daniel Yang for Dft     "

PROBATION OFFICER: Cheryl Fiorillo

PRETRIAL OFFICERS:                      DEPUTY: V. Holley


Interpreters sworn.  Hrg begun.
Xue Shing Jian sworn & examined.  Tingrong Li sworn & examined.
Hrg cont'd to 8/14/17 at 10:00.