UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 8/14/2017                    TIME: 10:20-10:30

CRIMINAL CAUSE FOR: Conference

DOCKET #: CR16-00272

DEFENDANT: John Doe- c

ATTORNEY: Joyce London, Esq.

ASSISTANT U.S. ATTORNEY: Nadia Moore

COURT REPORTER: David Roy            INTERPRETER: Mary Wang for dft (Fuzhou)

PROBATION OFFICER: Cheryl Fiorillo

PRETRIAL OFFICERS:                   DEPUTY: V. Holley


Govt unable to secure Fuzhou Interpreter for its witnesses and seeks to share Interpreter w/defense counsel.
Atty London objects to this request for potential conflict reasons.
Hearing & Sentencing adj'd to 9/27/17 at 10:00.
Govt directed to order 8/11/17 Hrg minutes & provide copy to the Court.