# EXHIBIT A



# EXHIBIT B









# EXHIBIT C

## UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



New York Office

| | |
|---|---|
| File Number: | 281E-NY-6473393 |
| Requesting Official(s) and Office(s): | SA Alexander Vu at New York Office |
| Task Number(s) and Date Completed: | NY662495_050917 |
| Name and Office of Linguist(s): | LS Li Zhang at NYO |
| Name and Office of Reviewer(s): | Click here to enter text. |
| Source Language(s): | Fuzhou |
| Target Language: | English |

Source File Information
    Video recording of Wechat group conversation; Duration 10:50

Audio Summary Translation

Participants:

| | |
|---|---|
| Jian Guo Cheng aka Yi Zuo | YZ |
| Old Guo | OG |
| Yin Liu | YL |
| Unknown female | UF |

## UNCLASSIFIED

Case 1:16-cr-00272-CBA-RLM Document 35-1 Filed 08/23/17 Page 10 of 72 PageID #: 158

**UNCLASSIFIED**

Abbreviations:

| | |
|---|---|
| IA | Inaudible |
| UI | Unintelligible |
| PH | Phonetic |
| SC | Simultaneous Conversation |
| RC | Recorded Message |
| [ ] | Noise notations or Translator's Notes |

Mixed-Languages:

| | |
|---|---|
| Fuzhou | Standard Font |
| *English* | *Italics* |
| Mandarin | Underline |

Underlined text does not denote any special emphasis; it is used exclusively for foreign language identification.

**UNCLASSIFIED**

**UNCLASSIFIED**

CASE:     281E- NY-6473393
File:     Yi Zuo Gambling Parlor WeChat
Duration: 10:50

[Camera shows a phone displaying conversations in a Wechat group named "Bai Le Fa Cai (3)". Audio messages are being sequentially. Time stamps are noted below.

UM1:  [9/17/16 10:12PM]    Okay, okay. Old Zhang, you can express your opinion. However you want it is the way. Alright? Don't worry about the machines. I'll do my best. Alright? Everybody?

YZ:   [9/17/16 10:46PM] Tomorrow… there are four workers… four workers need to rotate. Nobody gets early or late shifts. Everybody rotates. This is fair and beneficial for the company. Yeah? Is someone there?

YZ:   Huo Guang, Huo Guang, let the 4 workers rotate. To rotate… there wouldn't be a problem. Four people rotate. Early, late shift… nobody would [UI], late shift nobody would [UI] early shift. We would be fair to the workers.

YZ:   Everyone is fucking hiding behind the scene to share money. I fuck your mother! Nobody is fucking coming forward. These shareholders deserve to be and should be kicked out. You know? Huo Guang? Am I right? If you think I'm right say something! Those who deserve to be kicked out should be kicked out!

YL:   [9/17/16 10:53PM] Alright, if that's what you think. Okay, okay, okay. To rotate… it's not bad. To rotate is not bad. Some people work nights and some work days. That's fair. You are right. Alright?

UM1:  Okay. The workers can be arranged… a schedule can be arranged. It'll be less chaotic for the workers too.

YZ:   [9/17/16 11:02PM] How many people are working the midnight shift tonight?

YL:   Two, two, two people are working. Two. To have more coverage at night. Two people working.

YZ:   Why aren't any shareholder seen gamble up there by the 57th Street place? Everyone is dead? No business can be run this way! Whoever deserves to be kicked out needs to be kicked out!

UM1:  It's fine to have two people work at night. It's harder on the body to not be able to sleep at night. Once the morning comes… it's okay to have two people work at night. The company just pays a little extra in expenses. That's fine.

YL:   Ask Yan Young. Yan Young told me earlier that the two people working tonight are your friends or something? I was told. Just have the two work. Let them work.

**1**
**UNCLASSIFIED**

## UNCLASSIFIED

CASE:      281E- NY-6473393
File:        Yi Zuo Gambling Parlor WeChat
Duration:  10:50

YZ:    We run a business. It has nothing to do with having face or not. You know? We run a
       business. Whoever doesn't gamble needs to be kicked out.

YZ:    There is no empty share at this place on 57th Street. Whoever deserves to be kicked out
       needs to be kicked out. I'm not joking. You can't just sit there to take a cut of the money.
       Everybody wants to get a share of money. A shareholder needs to act like a shareholder.

YZ:    Nobody answers me when I bring this up. If this is the case then 57th Street location
       might as well shut down tomorrow; go belly up!

YZ:    Whoever makes a mistake in bookkeeping needs to be held responsible, you know? You
       can't just make the money. It's not that easy to make money. Whoever doesn't show
       up... doesn't show up the whole week, would lose his/her shareholder position. Huo
       Guang, I, Yi Zuo, am correct in saying this, right?

YZ:    [9/17/16 11:07PM] Hey who is named Old Guo?

YZ:    Huo Guagn, Huo Guang, the four workers need to rotate tomorrow. No early or late
       shifts. You know? Everybody gets a schedule. It's fair for them to share the tips. This
       one has connection with this person; that one has connection with that person. I don't get
       it. I don't give a fuck who that fuck they know. You know?

UM1:   [9/17/16 11:28PM] Okay, okay. Yi Zuo, you are the boss. However you manage us is
       fine. Okay? Alright?

UM2:   [9/18/16 4:49AM] Why all these curses tonight? Why all these curses tonight?

UM2:   I just listened to the WeChat messages. I just listened to the WeChat messages. Why all
       these curses?

OG:    [9/18/16 12:56PM] We have been working together harmoniously for several months
       without any dispute. For us to run the business our common goal is to make money. For
       someone to curse people out in this chat group of over ten people, this behavior is
       uncalled for! You know?

YL:    [9/19/16 4:08PM] Did you guys work the shifts out? Weren't the shifts worked out?
       Who is it? Yi Qing or [UI]?

OG:    [9/19/16 4:17PM] I told you guys! If he didn't ask about Old Guo then went on the curse
       about some mother fucking stuff, I wouldn't have answered him back! I know Yi Zuo is
       a powerful guy! I am an old guy and I don't hang out on the street like you guys do! I'm

**UNCLASSIFIED**

CASE:      281E- NY-6473393
File:         Yi Zuo Gambling Parlor WeChat
Duration:  10:50

    not someone to fight against you guys. I'm just waiting for my death. I don't need to pick bones with you guys, to make enemies with you guys. For the past few months we worked together, I've never stabbed anyone in the back or stirred the pot or badmouthed anybody. I always said that everyone is working together sincerely. Including the owner, not making any money, brought the money in the middle of the night. Ah Zhen heard that. Yan Young heard that. Anyone who came up to the Baccarat game heard that. I don't talk shit about anybody behind his/her back. You can ask Yi Zuo [what he said] is still in the group, not deleted. Everybody heard that! "Who is this? Old Guo?" Then he went on to "fuck his mother." You understand?

YL:   Right. A person should carry himself righteously. It's useless to talk shit behind people's back, right Uncle? That's useless, for us who hang out... What you said to me... said to other people, I could hear that too. You can hear what I said to other people. I have never say shit about you, Uncle. I swear to God, Uncle I will never talk shit about you. Right? I said Uncle you are a straight-shooter. You are an okay person. I've never... Uncle have you ever heard me saying anything about you behind your back? You would hear about it. Right? Uncle? As a person, you know that... there are many things we heard about... we don't like to argue or make drama about it. Harmony brings prosperity. If we can make money together, great. If not, we can go separate ways, no problem. Uncle, you know? We are about the same age. No need to go there. We are both grandpas. No need to go there. It's your death or mine? Take it to the point where everybody goes to jail? There's no need to go there. If you insist on going there, there's nothing we can say. We have nothing to say, right Uncle?

UF1:  Right, he did say that. But, Uncle, you are a rational person. You are reasonable. I respect you a lot. Okay? Let's not let other people manipulate us. Okay?

YL:   Uncle, also another thing I want to talk to you about today. It's not like you don't know how Yi Zuo is as a person. He is okay as a person when he doesn't drink. Once he drinks, he doesn't know anything. We are just talking. Uncle it's not like you didn't know that. You went on to instigate him or something. I was busy working and I didn't listen to it in time. I swear I was busy at the time. I swear to God, Uncle. Once the moment passed, how could I answer him? I couldn't answer him then. Right? I did call Yi Zuo and asked him why he said those things in the chat group. I brought him in and what was I supposed to do, right? I had to take the blame, right? I had no clue that Yi Zuo would say... I didn't know Yi Zuo would drink and say those things. He didn't even know. I asked him the next morning and he didn't remember. You need to understand that Uncle. What am I supposed to say about these things?

**3**
**UNCLASSIFIED**

**UNCLASSIFIED**

CASE:     281E- NY-6473393
File:      Yi Zuo Gambling Parlor WeChat
Duration:  10:50

YL:   [9/19/16 4:23PM] Another thing is, for you to say what you said in here, you need to put
       out the fire you started. Uncle, what do you want me to say? If I answered him I would
       get into an argument with him. Right? Uncle? Many things we don't need to... If I
       didn't answer to what Yi Zuo said, should I have answered back to what you, Uncle, had
       said? Right? Many thing, Uncle, it's not that I ignored you Uncle. Right, Uncle? You
       said something about starting some fire. When I brought in Yi Zuo how did I know that
       he would drink and say such things? That he would... curse people out? Right? Uncle, I
       didn't know. Should I have cursed him back? Uncle you should understand this. Right?
       We've been together for such a long time. I respect you a lot Uncle. I've never... you
       can ask Auntie, Uncle. I've always respected both of you, you and your wife. You need
       to remember that. Right? Everybody needs respect from others. Right? So Auntie,
       Uncle, however you want to think of me, there's nothing I can say about it. Right?
       However you... There's nothing I can say about it. Right?

OG:   All these people here working on the Baccarat, it's been a few months. There hasn't been
       any dispute, right? All these people, no dispute and no cursing at all. It's not like you
       can just get drunk and curse out whoever you want. That's not fine. All these
       shareholders in the group, "Fuck your mothers, nobody is answering me?" It was not
       like he cursed once, he cursed on and on. If he didn't ask about Old Guo, he didn't curse
       on I wouldn't have answered him back. I'm not a coward, Yin Liu, you know? I'm not a
       coward. I wouldn't go and pick a fight with Yi Zuo for no reason. He pointed right at
       me. "Who is Old Guo?" Then he went on cursing. Could Yi Zuo have forgotten about
       all his curses afterward?

**END OF RECORDING**

# EXHIBIT D

CASE NAME:                  United_States_v_Zheng_etal.

EXHIBIT NUMBER:             281E-NY-297865

DATE:                       NA

NAME OF AUDIO:              WS310117

PARTICIPANTS:               CW1                        [CW1]
                            CW2                        [CW2]
                            QIAN ZHENG                 [QZ]
                            JIAN GUO CHENG             [JGC]
                            UNIDENTIFIED MALE          [UM]
ABBREVIATIONS:

[Brackets]                  Transcriber's notes

[U/I]                       Unintelligible conversation

Plain text                  Words spoken in Fuzhou

**Bold**                    Words spoken in English

[ph]                        Phonetic rendering

| NAME | ENGLISH TRANSLATION |
|---|---|
| | **[Beginning of Recording.]** |
| | [Phone rings.] |
| CW1: | Hi, hello? We are outside the door. |
| QZ: | Outside the door? Okay. |
| CW2: | What's this place called? Seafood Hotpot? Not this place. He said it's a hotpot restaurant. |
| CW1: | Yeah? He said it's on 80th Street? |
| CW2: | Yeah. Is this the place? Is it this Seafood Hotpot Restaurant? |
| | [Pause.] |
| CW2: | Is this the place? |
| | [Background noise.] |
| QZ: | Oh, My! Your parking skill really sucks! Double parking like this! |
| | [Everyone laughs.] |
| CW1: | What's up? |
| QZ: | Huh? She/he said the woman is completely unharmed. |
| CW1: | No way. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | Impossible. |
| CW1: | Impossible for her to be unharmed. |
| QZ: | It's true. The woman is completed unharmed. |
| CW1: | That can't be true. |
| QZ: | Huh? |
| CW1: | The black guys said that it was done. |
|  | [Sound of paper shuffling.] |
| CW1: | What about the man? |
| QZ: | The man… |
| CW1: | The man… |
| QZ: | The man's situation is unknown for now. Here is $2,000 for the black guys. |
| CW1: | Oh. , so she/he said…she/he said…so we can send the black guys there again tomorrow, to do it again. To that woman! |
| QZ: | Yeah. Wait, wait on that. |
| CW1: | Huh? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Wait on that. |
| CW1: | I did…the black guys said they did the beating. |
| CW2: | They did the beating. That's not possible. |
| QZ: | So that…the woman was also beaten? |
| CW1: | The woman was also beaten. |
| CW2: | Yeah. |
| QZ: | She/he said nothing happened to the woman at all. |
| CW1: | What do you mean by nothing happened at all? Did she/he see that woman in person? |
| QZ: | She already went back to work today. |
| CW1: | She went back to work? Did she/he see that woman in person? |
| QZ: | No. |
| CW1: | Maybe she was wrapped up or something. I did see her wrapped up. |
| QZ: | Did you take any photo? |
| CW1: | I did not take any photo. I went to her store yesterday. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | You went to her store? |
| CW1: | Yesterday I purposely…yesterday I purposely went out to take a look. She did…she did open up the store. |
| QZ: | Yeah? |
| CW1: | I purposely drove out there to take a look. She was wrapped all over her body. Why wasn't she harmed? You can tell him/her to come and take a look. |
| CW2: | Yeah. |
| QZ: | Who was wrapped all over her body? The man or the woman? |
| CW1: | The woman. |
| CW2: | The woman. |
| CW1: | I purposely drove there yesterday. I drove there in the morning to take a look, just want to see if she opened up the store. |
| QZ: | She was wrapped all over her body? |
| CW1: | Yes, she was. |
| QZ: | Yesterday…because she/he told me yesterday that she was totally unharmed. I said that it was impossible. |
| CW1: | Impossible! We did the job! |

5

| NAME | ENGLISH TRANSLATION |
|---|---|
| CW2: | Don't be stupid. We… |
| CW1: | How could we have screwed up the job? Right? She was wrapped up all over her body, including her legs…her legs and her torso, all wrapped up. |
| QZ: | Her legs and her torso were all wrapped up? |
| CW1: | Yeah. Her arms were also wrapped up. You should tell him/her to go there and take a look tomorrow. |
| QZ: | Hmm. |
| CW1: | Go to the store and take a look, we did the job. You know? Right? |
| QZ: | Yeah. I mean…that's what she/he said. She/he called and said it wasn't done properly. I replied, if it is not whatever, we can do it again. We can get it done again. |
| CW1: | Right. |
| CW2: | Impossible. |
| CW1: | You can tell him/her to go there to take a look tomorrow. Yesterday I purposely drove there early in the morning to see if they were harmed, right? Tell him/her to go and take a look. |
| QZ: | Yeah. |
| CW1: | Yeah. |

| NAME | ENGLISH TRANSLATION |
| --- | --- |
| QZ: | Any word about the man's situation? |
| CW1: | The man was really fucked up. I drove there in the morning to take a look. Hey, I drove there again earlier to take a look. I didn't see him there. |
| QZ: | Oh. |
| CW1: | His legs were actually broken. His legs were actually broken. |
| CW2: | That's true. How could it be possible? The black guys said…they said… |
| JGC: | What's the deal? |
| CW1: | Huh? |
| JGC: | Later on, get some kids to go…go with you, just tell them…you can tell…tell the kids to…if you keep punching Yi Gui [ph], he won't be whatever, you know? |
| CW1: | You…he is scared of you. When I saw… |
| JGC: | Beat him up first. Once he is beaten, he will want to resolve this. |
| CW1: | To beat him to…I need to catch him. |
| JGC: | Right. Beat him first. |
| CW1: | Huh? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| JGC: | Beat him up and leave. Just say, "if you don't resolve this, you will be beaten every time I see you. It's simple logic." |
| CW1: | Is that so? |
| JGC: | That's true! |
| CW1: | Fine. Fine. |
| JGC: | So when I go back, I will get… |
| QZ: | Where is he? |
| CW1: | He is on 8th Ave. I…somebody…somebody told me. |
| CW2: | Yi Zuo… |
| JGC: | I will get…go to where he lives. |
| CW1: | I asked someone...I bumped into that person who owed me the money, right? |
| QZ: | Yeah? |
| CW1: | He is on 8th Ave today. It's been a long time, right? He hasn't been whatever, you know? |
| CW2: | **What's up, man?** |
| UM: | **Hey, what's up, man?** |

8

| NAME | ENGLISH TRANSLATION |
|---|---|
| CW1: | You…you can tell him/her to go and take a look tomorrow. She really… [CW1 whispers] Right. I saw her all wrapped up today. |
| CW2: | No way. |
| CW1: | No way. |
| CW2: | We completed the job. |
| CW1: | Yeah. She/he doesn't understand. She/he said that she opened the store… |
| CW2: | How about…the worst case scenario is that they beat up the wrong person. No way. |
| QZ: | Right. Maybe the wrong person was beaten up. Maybe that is the case. Maybe the wrong person. |
| CW1: | They said the man was beaten up badly. I said the woman… |
| QZ: | She/he initially…initially wanted to have both the man and woman beaten. She/he will pay about ten thousand, you know? |
| CW2: | They were both beaten. They were really beaten. |
| QZ: | So with the situation like this, she/he only paid $6,000. She/he only paid $6,000 to me. |
| CW1: | Oh. |
| QZ: | You understand? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW1: | Yeah. |
| QZ: | It's okay. I will go to Chinatown tomorrow… |
| CW1: | You can tell him/her to go and take a look. You can tell him/her to go and take a look for himself/herself. |
| QZ: | I will go there and take a look myself. After I take a clear look… |
| CW1: | Yeah. |
| QZ: | I will take some photos. |
| CW1: | Yeah. |
| CW2: | Yeah. |
| CW1: | Show it to him/her. |
| QZ: | Show it to him/her. |
| CW1: | Yeah. Yeah, yeah. Okay. |
| QZ: | I will tell him/her to pay another $2,000 or $3,000. |
| CW1: | Right. Right. |
| CW2: | That's what I am saying. |
| CW1: | Right. Right. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Pay this money to the black guys first. |
| CW1: | Okay. Okay. Okay. |
| QZ: | Pay $2,000 to the black guys. |
| CW1: | Okay. Okay. |
| QZ: | If there is not enough for us, we will deal with it later. |
| CW1: | Okay. Okay. |
| QZ: | The black guys keep on calling my phone. |
| CW1: | The black guys keep on calling. Right. Yes. We have to pay them first. |
| QZ: | How much are you going to pay the black guys? |
| CW1: | We need to pay $2,500. $2,500. |
| QZ: | Is that enough? |
| CW1: | How about paying them $3,000. Pay them $3,000. |
| QZ: | No money. I don't have money lately. |
| CW1: | I know there is no money. Yeah. |
| CW2: | No, we pay them a little more…so the next job… |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW1: | We pay them a little more. So the next job will be done nicely. Right? |
| QZ: | Here. Don't spend this money. You have to pay them. |
| CW1: | I will pay them. I will pay them. |
| QZ: | I gave you $1,000 yesterday. What's the deal? You already gambled all of that away? |
| CW1: | No. I lost $500. |
| CW2: | Lost $500. |
| CW1: | I played $500. I brought $500 back. |
| CW2: | Only gambled with $500. |
| CW1: | Only gambled with $500. I drove away immediately yesterday. |
| QZ: | Oh. |
| CW1: | We do our job nicely. |
| QZ: | Call them and pay the money to them first. |
| CW1: | Okay. Okay. |
| QZ: | Did you eat? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW1: | Not yet. Do you want to eat here? |
| QZ: | To eat Hotpot? |
| CW2: | Did you see this? They had called me just now. Called just now. |
| QZ: | Call them back. Ask them where they are and pay them. |
| | [CW1 coughs.] |
| CW1: | Okay. Okay. |
| CW2: | I will call them soon. |
| CW1: | I really have to pee. I have to go in there. |
| QZ: | Go pee then. |
| CW1: | Okay. Alright? |
| QZ: | In the hot pot restaurant. |
| CW1: | I will go in there to pee. |
| | [Background noise.] |
| | **[End of Recording.]** |

# EXHIBIT E

CASE NAME:           United_States_v_Zheng_etal.

EXHIBIT NUMBER:     281E-NY-297865

DATE:               5/19/2015

TIME:               09:30 PM

PARTICIPANTS:       CW2                [CW2]
                              QIAN ZHENG       [QZ]


ABBREVIATIONS:

[Brackets]            Transcriber's notes

[U/I]               Unintelligible conversation

Plain text           Words spoken in Fuzhou

**Bold**               Words spoken in English

[ph]               Phonetic rendering

| NAME | ENGLISH TRANSLATION |
|---|---|
| | **[Beginning of Recording.]** |
| **PREAMBLE:** | **Testing, testing. Uh, today's date…May 19th, 2015. Approximately 9:30 pm. Special Agent Terry Jeng, Special Agent Ray Yuen, Linguist Li Zhang. Case ID 281E-NY-297865. This is a CW recording with target Cash.** |
| | [Background noise.] |
| | [CW2 is driving on the street.] |
| | [Phone rings.] |
| QZ: | You are at the door? |
| CW2: | Boss, I am in my car at the door, by the traffic light. |
| QZ: | Okay. I am coming out. |
| CW2: | Come out. Color is black. |
| | [Pause.] |
| QZ: | Oh, you are driving a BMW now. |
| CW2: | Huh, no, it's my girlfriend's car. |
| QZ: | Huh? |
| CW2: | It's my girlfriend's car. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | What's going on? |
| CW2: | Well, I wanted to talk to you. The black guys took a look…you talk first. |
| QZ: | [On the phone] Hello? I am at the Big Red Lantern now. Where are you? Where? Big Red Lantern. Come over here. There's a large crowd here. Yeah, Yi Zhi and others. Come over, how is it going? Huh? BMW and Yin Di [ph] sent me WeChat messages the other day. |
| CW2: | What's this? |
| QZ: | Huh? |
| CW2: | Did you finish the call? |
| QZ: | I did. |
| CW2: | Oh, you finished. I thought you were still on the phone. I mean…the black guys…uh…they saw this…they wanted to ask you what your price is for them down the road. |
| QZ: | The number you sent is the price, right? |
| CW2: | You told me that yourself. Didn't you tell me that? |
| QZ: | The number in the back is the price? |
| CW2: | Didn't you tell me…tell me to send the price? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Yeah, yeah. The number in the back is the price. Right? |
| CW2: | Yeah. |
| QZ: | How much can they sell? |
| CW2: | Depend on how much you provide to them. For them…they can sell over ten pounds each week. |
| QZ: | Oh. |
| CW2: | Pretty fast. |
| QZ: | Pretty fast? I haven't talked it out yet. Once I talk it out, I…I will…I used this one myself. It's good. I went there to use it myself. |
| CW2: | You used it yourself? |
| QZ: | It is home grown. |
| CW2: | What kind…what is it called? |
| QZ: | I don't remember what the name is. It is home grown. No chemical was used. |
| CW2: | No chemical was used? |
| QZ: | Yeah. The other ones had chemicals applied. |
| CW2: | It is home grown in California? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Yeah. |
| CW2: | What's the price range? |
| QZ: | I don't know. The price hasn't been set yet. I have to find time to go over there to talk it out. If you take it in, can they sell all of it? The money…what's the situation with the money? |
| CW2: | Money? |
| QZ: | Yeah. |
| CW2: | I will talk to them about the money situation. |
| QZ: | Let me tell you about the money situation. I don't know them. |
| CW2: | Oh. |
| QZ: | If they are reliable, we can give them the stuff to sell. We can get the money from them after they sell it. That's fine. |
| CW2: | Alright. |
| QZ: | They will continue to do the work for us. |
| CW2: | Sure. |
| QZ: | You know? But… |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | Or at the beginning, the first deal or two, we can charge them money in advance. That's okay. If we don't…the first deal or two… |
| QZ: | It's not about that. At the beginning… |
| CW2: | No…they and I…they are reliable. We worked together before. |
| QZ: | Yeah. [They] have to be reliable. We take care… |
| CW2: | It's the same black guys from before. |
| QZ: | I know. We will take care of them to do this job. |
| CW2: | Yeah. |
| QZ: | You need to collect the money back. Can't let the money go. |
| CW2: | I know that. |
| QZ: | You understand? |
| CW2: | I understand. |
| QZ: | Can't let the money go. If the money is gone, what's the fucking point? |
| CW2: | Yeah. |
| QZ: | You understand? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | I understand…so…for them…they asked…they asked…they said it looks like it's going to take a while. |
| QZ: | Oh. |
| CW2: | You know? They ask when it will get here. They just came back here about one or two days ago. |
| QZ: | Where did they go? California? |
| CW2: | Hmm. |
| QZ: | What are they doing in California? |
| CW2: | Huh? I don't know what they do over there. |
| QZ: | Hmm… |
| CW2: | Also, Chicken Feather… |
| QZ: | Hmm… |
| CW2: | He told me that there is another matter in Brooklyn. |
| QZ: | Ah. |
| CW2: | Right? So at the beginning, he asked me about the price. I told him it was $10,000. |
| QZ: | Hmm. |

| NAME | ENGLISH TRANSLATION |
|---|---|
| CW2: | Then he told me it was no good. He said if I could make it $9,000. |
| QZ: | Hmm. |
| CW2: | I said that I would discuss it with the black guys. Later he called again and he said it was okay for $10,000 as long as the matter would be done. So I am thinking if I can get the money. We use the black guys to do business. |
| QZ: | You can get the money. You can get the money. |
| CW2: | In case he didn't want to pay the money, then what? |
| QZ: | Someone will pay for it. No problem. |
| CW2: | Someone will pay for it. You know? |
| QZ: | I don't know. He will not cheat us. No problem. |
| CW2: | No…I mean in case he didn't want to pay the money, then what? |
| QZ: | Whatever he requests, you just get it done. You understand? |
| CW2: | Hmm. I see. |
| QZ: | So I need to connect the routes. After the routes are done, I used to have some black guys myself. But I have not been in touch with them for a long time. They are in **East New York**. I didn't go there to get it. |
| CW2: | **East New York?** |

8

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Hmm. If you have it and it's alright, then ask them to sell for us. |
| CW2: | Sure. They are in Bronx. They have a lot of customers. |
| QZ: | Just tell them to sell… |
| CW2: | They…I sent the current price to you. |
| QZ: | The price? |
| CW2: | Yeah. |
| QZ: | All the prices, right? |
| CW2: | Right. So if your side has it, they can take it away at any minute. |
| QZ: | I am still talking to the other side, to both sides. When it's almost done or when it comes, I will notify you. |
| CW2: | Okay. |
| QZ: | When you say you can get it out, I will show you the stuff. |
| CW2: | They said to get the sample first… |
| QZ: | Hmm… |
| CW2: | They said to get one pound first to take a look. So can you give some samples to them to look? Alright? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Hmm. |
| CW2: | Then talk about the price. If it is good, then they say okay. No problem. They said their speed is fast. |
| QZ: | Oh. |
| CW2: | The black guy's side, they do quite big! |
| QZ: | The money is the main issue. |
| CW2: | Hmm. |
| QZ: | You understand? The money is the most important, as long as the money is collected, the stuff is no problem. If they want to get the stuff first. |
| CW2: | I see. It is what it is. One is one, two is two. |
| QZ: | You understand? Because…even if you lose a couple of pieces, it's alright. It's not that much money. But the route will be broken. |
| CW2: | Right. Right. Right. |
| QZ: | If it is alright, I will give everything for you to do. |
| CW2: | Okay. |
| QZ: | Alright? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | [U/I]. |
| QZ: | Have you contacted Zheng Feng [ph] recently? |
| CW2: | Zheng Feng? Sometimes. I heard his side is good. His side starts to…to harvest, right? He kept on asking me if I go back. |
| QZ: | How about BMW? |
| CW2: | BMW? He is working. Didn't he offer to pay you the money back? Did he call you? |
| QZ: | Yes. But he did not mention about paying the money back to me. Understand? You can talk to him. If he pays the money back to me, I can talk to him. If he doesn't pay the money back to me, then there is nothing to talk about. |
| CW2: | Oh, by the way, your WeChat ID is what? You are the president of what? |
| QZ: | Hmm. [U/I]. |
| CW2: | What kind of president? |
| QZ: | The president of an association. |
| CW2: | An association? Fu Jian Association? |
| QZ: | No. Pu Yi. |
| CW2: | Du Yi? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Pu Yi. Pu Yi. |
| CW2: | Oh, Pu Yi. |
| QZ: | You understand? |
| CW2: | Okay. Yi Zuo [ph] contacted me last time. When you told me about this, a few days later, he called me. |
| QZ: | What did he call you for? |
| CW2: | I don't know. I asked him what he wanted. He said nothing, he was in Flushing and wanted to know if I was in Flushing. I don't know what he was trying to do. |
| QZ: | Don't tell them. |
| CW2: | I know. So for Chicken Feather side, I can do it? |
| QZ: | Yes. You can contact him by yourself. |
| CW2: | I am really scared…because the black guys did so many deals for us. So…if I don't pay them the money, my **credit** will be ruined. Then in the future… |
| QZ: | It's impossible. It's impossible. |
| CW2: | Where am I going to get it? |
| QZ: | It's not going to happen. |

12

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | What do you think? Am I right? In case… |
| QZ: | I don't know whom…but I don't think that he will lie to you. |
| CW2: | You don't know whom, either. |
| QZ: | I don't know. He will not lie to you. Absolutely no. |
| CW2: | He said 8th Ave, there is a restaurant. |
| QZ: | Hmm. He will not lie to you. |
| CW2: | Okay. |
| QZ: | Alright? After I make the contacts, I will notify you when the stuff arrives. |
| CW2: | Okay. |
| QZ: | Anyway, when the route is out, I will let you know. I won't look for other people. Alright? |
| CW2: | Okay. How long does it approximately take? |
| QZ: | Let me see. At the end of the month, I need to make some phone calls tonight. Alright? |
| CW2: | Okay. The black guys say the quality of the stuff has to be good. If it is good, then no problem. |

| NAME | ENGLISH TRANSLATION |
|---|---|
| QZ: | Hmm. |
| CW2: | Okay. Okay. Let me go home first. |
| QZ: | Okay. |
| CW2: | [Car door opens and closes.] |
| QZ: | [CW2 is driving.] |
| CW2: | [Background noise.] |
| **POSTAMBLE:** | **Time is approximately 9:50 pm. This is the end of the recording.** |
| | **[End of Recording.]** |
| | |
| | |

CASE NAME:              United_States_v_Zheng_etal.

EXHIBIT NUMBER:         281E-NY-297865

DATE:                   5/26/2015

TIME:                   12:00 A.M.

PARTICIPANTS:           CW1                    [CW1]
                        CW2                    [CW2]
                        QIAN ZHENG             [QZ]

ABBREVIATIONS:

[Brackets]              Transcriber's notes

[U/I]                   Unintelligible conversation

Plain text              Words spoken in Fuzhou

**Bold**                Words spoken in English

[ph]                    Phonetic rendering

| NAME | ENGLISH TRANSLATION |
|---|---|
| | **[Beginning of Recording.]** |
| PREAMBLE: | **Test, test. Special Agent Terry Jeng. Today's date, May 26th, approximately 12 midnight, 12 a.m. Uh…281E-NY-297865. This is a CW recording, meeting with target Cash.** |
| | [Background noise.] |
| CW1: | [On the phone] Hello? Okay. Bye. |
| | [Noises from the street.] |
| CW1: | Go from 55th Street, make a left turn. [Pause] 7th Ave. |
| | [Background noise.] |
| CW1: | Are we there? |
| CW2: | Almost there. 55th Street… |
| CW1: | Hmm. 55th Street. |
| CW2: | Huh? |
| CW1: | 55th Street. |
| CW2: | This is 55th Street? |
| CW1: | Yeah. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | 8th Ave and 55th Street? |
| CW1: | 7th Ave. |
| CW2: | This is 8th Ave and 55th Street. |
| CW1: | It should be 7th Ave and 55th Street. This is 55th Street? |
| CW2: | This is 8th Ave and 54th Street. |
| CW1: | Huh? |
| CW2: | Next one. Next street. |
| CW1: | This is 55th Street or the next one? |
| CW2: | Next one is 55th Street. [U/I]. The one in the front. |
| CW1: | [On the phone] Hello? Yeah. By the traffic light device? By the traffic light device. |
| | [CW1 coughs.] |
| | [Car door opens and closes.] |
| CW1: | Hey! |
| CW2: | Dai Lo! |
| QZ: | Hey! |

| NAME | ENGLISH TRANSLATION |
|---|---|
| CW1: | How is it going? |
| QZ: | Yeah? |
| CW1: | I came here with CW2. |
| QZ: | Yeah. How is it going? Is it high? |
| CW2: | Yi Zuo [ph] called me last night. |
| QZ: | What did he say? |
| CW2: | I don't know. I didn't pick up his call. |
| QZ: | Yeah? |
| CW2: | I called him back today. He didn't pick up, either. I called twice. |
| QZ: | Called twice? |
| CW1: | That…that stuff does get high. But…those people are scared. |
| QZ: | Scared of what? |
| CW1: | They don't know what this stuff is. They are too scared to eat it. |
| QZ: | They…they don't know what this is. |
| | [CW1 chuckles.] |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW1: | Yeah. |
| QZ: | You…anyway, it is something to get them high! |
| CW1: | Get high…I know it gets people high. I know that. For example, okay, if it is K, I know it is K. |
| QZ: | Yeah. |
| CW1: | If this is marijuana, I know it is marijuana. But they don't know what this stuff is. They said, yes, I do dare to use it. But for them…the rich people value their lives highly. They said they don't know what this stuff is. They are afraid that it is poisonous…they told me that they were afraid to use it. |
| QZ: | There is nothing to worry about. |
| CW1: | Huh? |
| QZ: | There is nothing to worry about. |
| CW1: | Huh? |
| QZ: | There is nothing to worry about. |
| CW1: | There is nothing to worry about? |
| QZ: | It has ecstasy as the ingredient. |
| CW1: | It has ecstasy as the ingredient? There is nothing to worry about? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | There is nothing to worry about. |
| CW1: | They prefer K. |
| QZ: | They prefer K? |
| CW1: | Yeah. |
| QZ: | K doesn't get them high. This gets them high. |
| CW1: | They…the group of people in Flushing like to use K. |
| QZ: | They like K? |
| CW1: | K is sold out. It's sold out everywhere on the market. |
| QZ: | It's sold out? |
| CW1: | Yeah. Can you get it? |
| QZ: | Getting it? I will ask around. |
| CW1: | Huh? |
| QZ: | I will ask around. |
| CW1: | You will ask around? |
| QZ: | Hmm. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW1: | Oh…that…that stuff…I mean…in Flushing…Flushing is different from Brooklyn, where people like to get high. Those people don't like the get high with this stuff. |
| QZ: | Oh. |
| CW1: | It's too strong. |
| QZ: | Very high, right? |
| CW1: | It's very strong. That day I went to ABC [ph]…went to ABC [ph] with CW2. I lost consciousness . |
| QZ: | Hmm. Hmm. It's a great feeling. |
| CW1: | It's true. But the people in Flushing don't know what kind of stuff this is. They are afraid to use it. |
| QZ: | Oh. |
| CW1: | That's the issue. They are afraid to use it when they don't know what kind of stuff this is. |
| QZ: | Oh. It's…similar to ecstasy. |
| CW1: | Right. They are afraid to use it. |
| QZ: | Is that so? |
| CW1: | Yeah. That's why. |

7

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Where are you going now? |
| CW1: | Just circling around here. I can't find any stuff. I want to come here to find stuff. |
| QZ: | Okay. I will work on it and call you later. |
| CW1: | Take a look. Let me know if you have it. Okay? |
| QZ: | Okay. |
| CW1: | Okay. |
| | [Phone keeps ringing.] |
| CW2: | Dai Lo? |
| QZ: | Yeah? |
| CW2: | What's the deal with the other side? |
| QZ: | You…do it…tell him to send the money and then do it, that's it. |
| CW1: | Okay. Okay. Okay. Okay. |
| QZ: | Okay. |
| CW1: | Ah. |
| QZ: | Hmm. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW1: | Okay. |
| | [Phone keeps ringing.] |
| | [Car door opens and closes.] |
| | [Phone rings again.] |
| CW1: | Hello? Hello? Hmm. Huh? Hmm. |
| | [CW1 coughs.] |
| CW1: | Hello? Huh? Done. Oh. |
| | [Noises from the street.] |
| | [Background noise inside the car.] |
| **POSTAMBLE**: | **The time is approximately 12:33 p.m. this is the end of the recording.** |
| | **[End of Recording.]** |
| | |

CASE NAME:                     United_States_v_Zheng_etal.

EXHIBIT NUMBER:                281E-NY-297865

DATE:                          4/28/15

TIME:                          9:19 PM

PARTICIPANTS:                  CW2                    [CW2]
                               QIAN ZHENG             [QZ]


ABBREVIATIONS:

[Brackets]                     Transcriber's notes

[U/I]                          Unintelligible conversation

Plain text                     Words spoken in Fuzhou

**Bold**                       Words spoken in English

[ph]                           Phonetic rendering

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| | **[Beginning of Recording.]** |
| **PREAMBLE:** | **This is Special Agent Philip Wu with Special Agent Ray Yuen, Detective Brian Stassi. Today's date is April 28th, 2015. Time now is approximately 9:19 pm. Case number is 281E-NY-297865. Cooperator will be meeting with target identified as Cash.** |
| | [Background noise.] |
| | [Phone rings.] |
| | [Automatic voice mail.] |
| | [Phone rings.] |
| QZ: | Hello? |
| CW2: | Hi, Boss? I arrived. |
| QZ: | Hmm. Okay. You are in the parking lot. |
| CW2: | Hmm. |
| QZ: | Okay. |
| | [Background noise.] |
| | [CW2 coughs.] |
| CW2: | Wow, ha ha ha. How come you are dressed like this? You were taking some photos? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Huh? |
| CW2: | Did you take some photos? |
| QZ: | No. I was with my friends up there. How is everything? |
| CW2: | Nothing much. He…for Chicken Feather Duster's side…the black guys called. |
| QZ: | Yeah. |
| CW2: | Because I had toothache a few days ago. |
| QZ: | Right. |
| CW2: | So they called and they thought we were playing with them. Right? |
| QZ: | Hmm. |
| CW2: | He said that they watched over there for about one to two days. So now the price is not clear, right? Chicken Feather Duster…he said to give $6,000 to him… |
| QZ: | Hmm… |
| CW2: | The black guy said…he said just go there to fire two gunshots, what if that person was killed, what would happen next? So he said he wanted $20,000. You tell me what I should do. |
| QZ: | Why did he want to fire two gunshots? Is he crazy? It's useless to fire two gunshots. |

3

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | Chicken Feather Duster said to fire two gunshots. |
| QZ: | He is crazy. |
| CW2: | The black guys want $20,000. |
| QZ: | This is not a joke to fire two gunshots. Just hold off, we might use them for future use. |
| CW2: | Right. That's what I am saying. |
| QZ: | Firing two gunshots? He is crazy! |
| CW2: | In the future, we need to do other things. So the black guy called me and asked me if I was fooling around with him. |
| QZ: | You just said that the other person lost a lot of money in gambling, no money now, just hold off the job, that's it. |
| CW2: | Tell them to hold off the job? |
| QZ: | Yes. |
| CW2: | Sure. |
| QZ: | This is not a joke! This…this…fucking… |
| CW2: | Chicken Feather Duster keeps on calling me… |
| QZ: | Keep on calling you, you tell him fucking…it's still the same even if he calls. |

4

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | Hmm. |
| QZ: | Other people give us the marijuana, can we sell it? |
| CW2: | Giving us the marijuana? |
| QZ: | Huh? |
| CW2: | What kind? |
| QZ: | I don't know. |
| CW2: | Giving us? |
| QZ: | Hmm. |
| CW2: | Let me ask around. The black guys might be able to sell. |
| QZ: | What about this group of black guys? Can they sell it? |
| CW2: | He can sell it. He is in this line of business on his own. |
| QZ: | He sells the marijuana on his own? |
| CW2: | Right. Last time I told you that he went to Los Angeles…just to look at that. |
| QZ: | Hmm… |
| CW2: | Right? Sure. |

5

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | He went there to get it by himself? |
| CW2: | Originally he tried to connect a route by going there… |
| QZ: | Oh… |
| CW2: | But he did not get it done well. So when he came back this time, he kept on calling me. |
| QZ: | Oh. |
| CW2: | He is out of the money. |
| QZ: | Where is he? In Bronx? |
| CW2: | Yes. In Bronx. Sure, let me ask. |
|  | [Short pause.] |
| CW2: | How are we going to do it with him? Giving him the stuff? |
| QZ: | Huh? |
| CW2: | Giving him the stuff first, we collect the money after it is done? |
| QZ: | Does he have the money? |
| CW2: | I don't know. Let me ask. |
| QZ: | Giving him the stuff? Is he reliable? |

6

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | Yes. He is reliable. He is reliable. |
| QZ: | Alright? Have you been friends with him for a long time? If yes, when is he going to give the money after the stuff is given to him? |
| CW2: | We have been friends since childhood. |
| QZ: | You have been friends since childhood? |
| CW2: | Hmm. |
| QZ: | Alright? |
| CW2: | So let me talk to him about it. What kind of stuff? Is it De Bi [ph] or what? |
| QZ: | I don't know. In another state. Getting it from Los Angeles. |
| CW2: | Okay. Let me ask. So Chicken Feather Duster said it like this, you tell me what I should do. He keeps on calling me, I feel sorry not to respond to him. It's not going to solve the problem. He keeps on saying that he and you are brothers for more than ten years. He said that he is in good relationship with this person or that person. Right? So I said it is not like that, you…okay…if you really want to do it, just give a little bit more, so we can avoid all the troubles. Right? |
| QZ: | Yes. |
| CW2: | If you said okay, you don't agree with $20,000, okay, $15,000 or whatever to the black guys, okay… |
| QZ: | Right… |

7

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | After the deal is done by him, it is his business. Right? |
| QZ: | Right. |
| CW2: | It has nothing to do with you, right? |
| QZ: | What if he killed the person? What would happen? |
| CW2: | Right. That's what I am saying… |
| QZ: | What would happen? You ask Chicken Feather Duster what if the person was killed. What would he do? |
| CW2: | Hmm. Right. That's what I am saying. Fuck! |
| QZ: | Right. Ask. |
| CW2: | I know. [U/I]. |
| QZ: | Where is BMW? Fucking BMW! Like this, I can't fucking work with you guys! |
| CW2: | No, no, no. BMW has some money. Last time, he…he told me that he is going to pay the money back to you. He didn't call you? |
| QZ: | No. He did not call me. |
| CW2: | He said that he is going to pay the money back to you. He is working over there. |
| QZ: | You call him and ask. Working for what? Fuck! Just pay the money back to me, if I can get the stuff from the other side, I will |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
|  | let you guys to sell. Fucking like this, I can't trust you guys. |
| CW2: | Fuck! He always does this kind of thing. |
| QZ: | You tell me, you think I should go to his house to talk? |
| CW2: | Hmm… |
| QZ: | Don't do business with BMW. |
| CW2: | Hmm… |
| QZ: | [U/I]. Right? Fuck! Originally there were a lot of K given to me over here. |
| CW2: | Right. |
| QZ: | [U/I]. |
| CW2: | Earlier, Xue Zhang [ph] also asked me if I wanted the stuff or not. |
| QZ: | No choice. Fuck! You are not reliable. How can I trust you to do the job for me? Right? |
| CW2: | Yes. |
| QZ: | Even cheating the money from me! If I give him more money, it will be worse. Right? |
| CW2: | Yes. |
| QZ: | [U/I]. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | Have you been gambling a lot recently? |
| QZ: | Sometimes. |
| CW2: | A little bit better? |
| QZ: | No. Always lose. I have been losing for a month! Fuck! |
| CW2: | Don't gamble. |
| QZ: | Tomorrow when that person comes in, ask the black guys to go to Chinatown to beat up this guy! |
| CW2: | Okay. When? |
| QZ: | Kind of old age. |
| CW2: | Okay. You call me. |
| QZ: | In Bronx? |
| CW2: | Yes. You call me one or two days in advance. |
| QZ: | Let me check out the person in Bronx. I will point out the person for you. You can go with me. I will point out the person for you. |
| CW2: | That person owns a restaurant? |
| QZ: | Yes. |
| CW2: | Okay. Sure. |

| NAME | ENGLISH TRANSLATION |
|---|---|
| QZ: | Got to do something. If there is nothing to do, then it is not going to solve the problem. |
| CW2: | Right. |
| QZ: | Which restaurant does he work? |
| CW2: | Who? |
| QZ: | BMW. |
| CW2: | He does not work in a restaurant. He works as a driver or something. |
| QZ: | Where does he work as a driver? |
| CW2: | I don't know. |
| QZ: | Huh? |
| CW2: | I didn't ask specifically. He only said he works as a driver. |
| QZ: | From here to Los Angeles, it takes three days by driving? |
| CW2: | About that. |
| QZ: | Are there check points on the way driving down there to Los Angeles? |
| CW2: | No. |

11

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | No? |
| CW2: | I used to drive there back then. |
| QZ: | Did you drive there? |
| CW2: | Back then, it was a truck. Like the container truck, my friends…I was in training [to drive]…it was like about four days non-stop. Driving there…no check point… |
| QZ: | Hmm… |
| CW2: | But if it is the long one, like trailer truck, maybe they will check it. |
| QZ: | Oh. |
| CW2: | If it is the short one, it's okay. You drive on your own, it's no problem. Right? As long as you are not speeding or whatever, nobody cares. |
| QZ: | Oh. |
| CW2: | However, it is very risky in Virginia, there are a lot of police officers over there. Under normal circumstances, there should not be any problem. |
| QZ: | [CW2 coughs.] |
| CW2: | What happened to Yi Zuo? |
| QZ: | Huh? |

| <u>NAME</u> | <u>ENGLISH TRANSLATION</u> |
|---|---|
| CW2: | You mentioned something about Yi Zuo calling you, you didn't pick up. Then he didn't call afterwards. |
| QZ: | Did he call you? |
| CW2: | No. What happened to him? |
| QZ: | Forget about him. So bad, he is like climbing over my head. |
| CW2: | He is crazy! |
| QZ: | He is fucking crazy! He tried to collect the protection fees from me! |
| CW2: | He tried to collect the protection fees from you? How could he collect the protection fees from you? |
| QZ: | He wanted to be my Dai Lo. |
| CW2: | No way! |
| QZ: | For real! |
| | [QZ laughs.] |
| QZ: | Last time, I was about to ask you to get some black guys to beat him up in front of his house. |
| CW2: | What happened to him? What did he say? |
| QZ: | Huh? |

| NAME | ENGLISH TRANSLATION |
|---|---|
| CW2: | How could he dare to do that? |
| QZ: | Hmm. |
| CW2: | His connection must be very powerful! |
| QZ: | I will **cancel** all his connections! He thought his connections was very powerful! I will **cancel** them all! |
| CW2: | Hmm. |
| QZ: | Tell BMW to pay me the money as soon as possible. Get this done for me. |
| CW2: | Okay. I will tell him. |
| QZ: | If he pays back, we can talk. If not, I don't want to do anything with him. |
| CW2: | I told him about it. He told me last time that he saved some money. It was about a few days ago. He told me about it. Because I rarely hang out recently myself. |
| QZ: | Oh. |
| CW2: | I don't have money, so I just… |
| QZ: | You got nothing to do, of course. You got to have something to do in order to whatever…right? |
| CW2: | Yes. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | If his credit is good, the stuff from other people, I can leave the stuff with you, sell it and bring back the money, right? |
| CW2: | Okay. |
| QZ: | Like this…nothing…how can I do it with you? |
| CW2: | So for Chicken Feather Duster, just forget about him? |
| QZ: | Forget about him. Firing gunshots? You should ask Chicken Feather what if the person is killed by gunshots, what next? |
| CW2: | Ah… |
| QZ: | Right? |
| CW2: | Okay. |
| QZ: | That motherfucker is not scared after getting beaten. That motherfucker, keep beating him…maybe he is not beaten seriously enough. |
| CW2: | Yeah…he was…beaten by the black guys…but at that time, there were a lot of people over there and it was difficult to do the job, so they ran away after just a few beatings. |
| QZ: | Yeah. Yeah. |
| CW2: | There were a lot of cops. |
| QZ: | So, just stay near his house and watch him. |

| NAME | ENGLISH TRANSLATION |
|---|---|
| CW2: | Ah. Right? |
| QZ: | Did you talk to Chicken Feather to [U/I] the house in Brooklyn? |
| CW2: | That person is not in Brooklyn. |
| QZ: | Where is he? |
| CW2: | I don't know. He does not live in Brooklyn. |
| QZ: | You just tell Chicken Feather Duster, you follow the guy after he gets off his work, just follow him home and beat him up in front of his house at night. Beat him hard! |
| CW2: | Beat him hard? |
| QZ: | Understand? |
| CW2: | Hmm. He changes his mind all the time. First he said just stab the guy twice, then he said no because he is scared of the troubles, then he wanted the black guys to beat that guy hard. The black guys went there to beat the guy, after that beating by the black guys, that guys was wrapped up, I sent it to you, right? But two days later, that guy recovered, Chicken Feather Duster was like: nothing happened to that guy! Later, he wanted the black guys to fire two gunshots to make sure the arm and the leg will be broken. Okay, you tell them to go there to fire two gunshots, what if the person is killed, what will happen? |
| QZ: | Right. |
| CW2: | So the black guys have to run away. |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| QZ: | Right. |
| CW2: | But you don't want to pay more money, and you want people to do the job, who the hell will go there to fire two gunshots just for $6,000? |
| QZ: | Hmm. |
| CW2: | Right? I just want to ask you. He said that you know about this matter. |
| QZ: | I don't know about it. |
| CW2: | I thought [U/I] and ask you about it. |
| QZ: | I don't know about it. The way he does it, beating the guy up is enough, and he wants to do more…how can he ask people to fire the gunshots? If the person was killed by gun, what would happen next? |
| CW2: | Right. |
| QZ: | It's impossible. |
| CW2: | Right. |
| QZ: | If he is not happy with that person, just beat him up. That's enough. |
| CW2: | Right. |
| QZ: | What else do you want to do? |

17

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
| CW2: | Right. |
| QZ: | He called me once and never called me again. |
| CW2: | Who? Chicken Feather Duster? |
| QZ: | No. BMW. |
| CW2: | When did he call you? |
| QZ: | Huh? |
| CW2: | When did he call you? |
| QZ: | Last time, when we met in Connecticut for Deng Zhi Qi's concert. |
| CW2: | Oh. |
| QZ: | Understand? |
| CW2: | I will tell him. |
| QZ: | Just pay some money first, let's see. Recently I am out of the money due to gambling. |
| CW2: | You are always in Flushing? |
| QZ: | No, I am not in Flushing. Just came here recently. |
| CW2: | Just came here recently? |

| NAME | ENGLISH TRANSLATION |
|------|---------------------|
|      | [CW2 coughs.] |
| QZ:  | Just tell him about it. |
| CW2: | Okay. I will. |
| QZ:  | He works, just pay me back…even with $2,000 or $3,000 first is okay. So in the future we can do the job. He has the money to buy the car, fuck! |
| CW2: | Right. |
| QZ:  | Right? |
| CW2: | Okay. I will tell him that. Do you want me to drive you there? |
| QZ:  | I am going to Connecticut next week. |
| CW2: | Okay. |
| QZ:  | So I will talk to the black guys first. Where is it? Here? |
|      | [Short pause.] |
| QZ:  | Is the stuff from there good? |
| CW2: | Maybe it is good. |
| QZ:  | Good? |
| CW2: | You need to ask what type. One is called **Pappa [ph],** the other is called **sour diesel [ph]**, and other one is called |

19

| NAME | ENGLISH TRANSLATION |
| --- | --- |
| | **Kush[ph]…indoor or outdoor**. You need to distinguish them. |
| QZ: | That one is **indoor.** |
| CW2: | **Indoor**? Okay. I will tell him about it. |
| QZ: | Okay? |
| CW2: | Okay. Okay. You call me next week. |
| QZ: | Okay. |
| CW2: | I will call BMW later. |
| QZ: | Okay, call BMW. Even if he pays $2,000 or $3,000, it's okay. |
| CW2: | Okay. Take care! Boss! |
| | [Car door closes.] |
| | [Background noise.] |
| **POSTAMBLE**: | **Time now is 9:49. This concludes the recording.** |
| | **[End of Recording.]** |