UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 9/27/2017                           TIME: 10:15-1:15

CRIMINAL CAUSE FOR: Continued Fatico Hearing

DOCKET #: CR16-00272

DEFENDANT: Jian Guo Cheng- c

ATTORNEY(S): Joyce London, Esq.

ASSISTANT U.S. ATTORNEY: Nadia Moore

COURT REPORTER: Anthony Frisolone

PROBATION OFFICER:                         INTERPRETER: Lily Lau (govt)
                                           Danny Yang & Mary Wang (dft)

PRETRIAL OFFICERS:                         DEPUTY: V. Holley

Hrg cont'd.
Guo-Ming Li sworn & examined.
Jian Xin Li sworn & examined.
Zhang Ming Zhang sworn & examined.
Hrg concluded.
2 point enhancement for bodily injury applies as indicated by the Court.
Post Hrg O/A & Sentencing set for 10/11/17 at 10:00.