NEM
F.# 2015R00888

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

JIAN GUO CHEN,

         Defendant.

------------------------------X

O R D E R

CR 16-272 (CBA)

       Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nadia E. Moore, for an order unsealing the docket.

       WHEREFORE, it is ordered that the docket be unsealed.

Dated:  Brooklyn, New York
         October 11, 2017

                                   S/ Carol B. Amon
                                   HONORABLE CAROL B. AMON
                                   UNITED STATES MAGISTRATE JUDGE
                                   EASTERN DISTRICT OF NEW YORK